DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HECTOR RODRIGUEZ-GARCIA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-974

[January 6, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Steven J. Levin, Judge; L.T. Case No. 432021CA0000026A.

Carey Haughwout, Public Defender, and Narine N. Austin, Assistant Public Defender, West Palm Beach, for appellant.

Matthew T. Hatfield of Law Offices of Larry S. Davis, P.A., Indiantown, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***